IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. DNCW5:08CR000023-1 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| ) | |
| JESSICA SIGMON ) | |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and CommunityONE Bank:

A judgment was entered on December 10, 2008, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against Defendant, Jessica Sigmon, whose last known address is XXXXXXX, Taylorsville, NC 28681, in the sum of $70,664.90. The balance on the account as of February 13, 2012 is $64,999.90.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and CommunityONE Bank is commanded to **turn over property** in which Defendant, Jessica Sigmon, Social Security Number XXX-XX-0017, has a substantial nonexempt interest, the said property being any and all funds located in CommunityONE Bank accounts in the name of Jessica Sigmon, at the following address: CommunityONE Bank, 150 S. Fayetteville St., Asheboro, NC 27203.

Signed: February 14, 2012

David C. Keesler
United States Magistrate Judge